IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AUSTIN KOECKERITZ,

                Plaintiff,

v.

PIERCE COUNTY, THE SHERIFF, THE MEDICAL
DIRECTOR, THE MEDICAL HEALTH
ADMINISTRATOR, LT. ALI VERGES, PROVIDER M.
DOUGLAS, NURSE JANE DOE, MENTAL HEALTH
JANE DOE, THE PIERCE COUNTY DIETICIAN,
SGT. JOSIE AUSTIN, SAINT CROIX COUNTY, THE
SHERIFF, THE MEDICAL DIRECTOR, MEDICAL
HEALTH ADMINISTRATOR, JANE OR JOHN DOE
DOCTORS, MENTAL HEALTH JANE DOE, OFFICER
BRADICK, and THE SAINT CROIX COUNTY
DIETICIAN,

                Defendant.

OPINION and ORDER

24-cv-903-jdp

---

Plaintiff Austin Koeckeritz, proceeding without counsel, complained about medical care and the conditions of his confinement while on pretrial detention in Pierce County and St. Croix County. He alleged that defendants violated his civil rights in numerous ways. Dkt. 1.

I dismissed the complaint because it failed to give defendants fair notice of his claims, some of which Koeckeritz had improperly joined. *See* Dkt. 15. I allowed Koeckeritz to amend the complaint to fix those problems, and I later extended the deadline to April 15, 2025. Dkt. 23. Koeckeritz didn't file an amended complaint. Nor did he seek an extension of time to file an amended complaint or otherwise try to explain his failure to comply with my order. I will dismiss the complaint for the reasons in my previous order, Dkt. 15. In that order, I warned Koeckeritz that I could dimiss the complaint if he failed to correct the problems identified.

ORDER

IT IS ORDERED that:

1. Plaintiff Austin Koeckeritz's complaint, Dkt. 1, DISMISSED with prejudice for failure to state a claim for which I could grant relief and improper joinder.

2. The clerk is directed to enter judgment and close the case.

Entered May 6, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge